UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-8358 TJH (FFMx) | Date | November 7, 2017 |
|---|---|---|---|
| Title | *Fabric Selection, Inc. v. Just One, LLC* | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None present | | None present |

**Proceedings:** (IN CHAMBERS) ORDER GRANTING IN PART DEFENDANT'S MOTION TO COMPEL

On October 17, 2017, defendant A&M filed a motion to compel plaintiff to produce additional documents. (Dkt. No. 49.) The parties filed a joint stipulation in compliance with the Local Rules on the same date. On October 24, 2017, the parties filed supplemental memoranda.

After reviewing the documents filed by the parties, the Court took the matter under submission. The Court now GRANTS the motion, in part, as follows:

### REQUEST FOR PRODUCTION NO. 1:

This request seeks documents relating to the creation of a particular design. Plaintiff objects that the request is too broad and offers to produce documents "sufficient to show" the creation. The Court finds plaintiff's offer unduly narrow and orders plaintiff to produce all non-privileged documents relevant to the creation of the referenced design.

### REQUEST FOR PRODUCTION NO. 2:

These requests seek the production of all documents relating to the source material used in the creation of a particular design. Plaintiff objects that the request is too broad

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-8358 TJH (FFMx) | Date | November 7, 2017 |
|---|---|---|---|
| Title | *Fabric Selection, Inc. v. Just One, LLC* | | |

and offers to produce documents "reflecting designs and any acquisition of ownership in those designs used by Fabric Selection's in-house design team for inspiration in connection with the creation of the referenced design." The Court finds no basis for plaintiff to recast the request. The Court will limit the request as follows: plaintiff is ordered to produce all non-privileged documents reflecting designs or any other material used as a source in the creation of the referenced design.

### REQUEST FOR PRODUCTION NO. 3:

This request seeks all documents related to plaintiff's claim to own the referenced design. Plaintiff objects that the request is too broad and offers to produce "documents upon which it relies to show its ownership of the referenced design." The Court finds plaintiff's offer to be sufficient and orders plaintiff to produce all non-privileged documents upon which it relies to show its ownership of the referenced design.

### REQUEST FOR PRODUCTION NO. 4:

This request seeks documents related to plaintiff's licensing of the referenced design. Plaintiff's response states that "[s]ubject to and without waiving the foregoing objections, . . . it is not aware of any such documents." Defendant does not know if that response means that plaintiff is unaware of any responsive documents or that plaintiff is unaware of any documents that are not subject to plaintiff's objection. The Court assumes that plaintiff intends to mean the former, but the response is not entirely clear. Therefore, the Court orders plaintiff to produce all non-privileged responsive documents or provide defendant with a verified statement that it is unaware of any unprivileged documents that are responsive to the request.

### REQUEST FOR PRODUCTION NO. 5:

This request seeks documents supporting plaintiff's claim for damages. In its response plaintiff agrees to produce all documents upon which it will rely to support its

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-8358 TJH (FFMx) | Date | November 7, 2017 |
|---|---|---|---|
| Title | *Fabric Selection, Inc. v. Just One, LLC* | | |

damage claim. Defendant contends that the response is insufficient. However, plaintiff fails to produce responsive documents here at its own risk. Ordinarily anything not produced now will not be able to be used by plaintiff later. Given that the request only seeks documents that support plaintiff's damage claim, the response is sufficient. The motion is DENIED with respect to this request.

### REQUEST FOR PRODUCTION NO. 6:

This request seeks documents supporting plaintiff's allegation that defendant had access to plaintiff's copyrighted design. Plaintiff's response inexplicably states that plaintiff will produce all non-privileged documents "that it understands to be responsive to this Request." To the extent plaintiff intends this phrase to be limiting, it is ineffective. Obviously a party will produce only documents that it understands are responsive to a request. To the extent a party's "understanding" is not reasonable, it has not complied with the request. Here, as in the previous request, plaintiff acts at its own peril by withholding responsive documents. Given that the request only seeks documents that support plaintiff's allegations, the response is sufficient. The motion is DENIED with respect to this request.

### REQUEST FOR PRODUCTION NO. 7:

This request seeks all documents relating to a certain copyright registration. Plaintiff's response again states that plaintiff will produce all non-privileged documents "that it understands to be responsive to this Request." Unlike the previous requests, however, here the requested documents are not limited to those favoring plaintiff's position. Therefore, plaintiff is ordered to produce all non-privileged responsive documents. Responsive documents are those called for by an objective reading of the request; plaintiff's subjective "understanding" is irrelevant.

/ / /

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-8358 TJH (FFMx) | Date | November 7, 2017 |
|---|---|---|---|
| Title | *Fabric Selection, Inc. v. Just One, LLC* | | |

**REQUEST FOR PRODUCTION NO. 8**:

This request seeks all documents relating to assertions of copyright infringement by plaintiff against third parties with respect to a certain work.  Plaintiff has offered to produce cease and desist letters.  Plaintiff is ordered to produce copies of all complaints asserting copyright infringement against a third party as to the referenced work as well as all cease and desist letters.

**REQUEST FOR PRODUCTION NO. 9**:

This request seeks all documents relating to lawsuits alleging infringement of a certain work.  The Court limits this request to complaints filed in federal court asserting copyright infringement against a third party with respect to the referenced work.

**REQUEST FOR PRODUCTION NO. 10**:

This request seeks all documents relating to the settlement of any claim of copyright infringement made by plaintiff against any third party with respect to the referenced work.  Plaintiff objects that the requested documents are irrelevant and contain protected confidential information.  Defendant cryptically claims that settlement agreements somehow are relevant to defendant's defenses.  This assertion fails to demonstrate any relevance.  It would appear, however, that any license agreements that arose out of settlement of litigation could bear on plaintiff's damage claims.  Therefore, the Court will order plaintiff to produce any license agreements that are contained within a settlement agreement (license agreements are otherwise required to be produced in connection with request for production 4, above).  Other than the terms of the license agreement, the relevant dates, and the names of the parties, plaintiff may redact any other portions of the settlement agreements before production.

/ / /

/ / /

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-8358 TJH (FFMx) | Date | November 7, 2017 |
|---|---|---|---|
| Title | *Fabric Selection, Inc. v. Just One, LLC* | | |

### REQUEST FOR PRODUCTION NO. 11:

This request seeks documents supporting plaintiff's allegation that the referenced work was willfully infringed. In its response plaintiff agrees to produce all documents upon which it will rely to support this allegation. Defendant contends that the response is insufficient. However, plaintiff fails to produce responsive documents here at its own risk. Ordinarily anything not produced now will not be able to be used by plaintiff later. Given that the request only seeks documents that support plaintiff's claim, the response is sufficient. The motion is DENIED with respect to this request.

### REQUEST FOR PRODUCTION NO. 13:

This request seeks all documents consisting of pre-existing works which the referenced work incorporates in its design. Plaintiff's response is somewhat equivocal, but appears to state that plaintiff has no responsive documents. Plaintiff is ordered to provide defendant with a verified statement that after a diligent search it has not located any responsive documents or, if it locates non-privileged responsive documents, to produce such documents to defendant.

### REQUEST FOR PRODUCTION NO. 14:

This request seeks documents sufficient to identify by caption, case number and court any/all lawsuits brought by plaintiff against any/all third parties concerning allegations of copyright infringement of the referenced work. Given the Court's order with respect to request no. 8, the motion is DENIED with respect to this request.

### REQUEST FOR PRODUCTION NO. 15:

This request seeks all copyright licenses of the referenced work between plaintiff and any/all third parties. This request is subsumed within request no. 4, to which the Court has already ordered plaintiff to provide responsive documents. To be clear, any

/ / /

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-8358 TJH (FFMx) | Date | November 7, 2017 |
|---|---|---|---|
| Title | *Fabric Selection, Inc. v. Just One, LLC* | | |

such license agreements must be produced pursuant to the Court's order with respect to request no. 4.

### **REQUEST FOR PRODUCTION NO. 16:**

This request seeks documents sufficient to identify the gross dollar amount of sales by plaintiff of any/all products (including, without limitation, fabric per se) comprising the referenced work. In its response plaintiff agrees to produce all documents upon which it will rely to support its gross sales claims. Defendant contends that the response is insufficient. However, plaintiff fails to produce responsive documents at its own risk. Ordinarily anything not produced now will not be able to be used by plaintiff later. Given that the request only seeks documents that support plaintiff's claims, the response is sufficient. The motion is DENIED with respect to this request.

### **REQUEST FOR PRODUCTION NO. 17:**

This request seeks documents sufficient to identify by name and address all third party vendors employed by plaintiff from the year 2010 to the present in the manufacture of any textiles. Plaintiff objects that the request is too broad and should be narrowed to documents identifying the vendors of fabric containing the referenced design. Defendant claims that if it discovers the identities of all of plaintiff's vendors, it might be able to find fabrics by these vendors that bear designs that might have influenced the referenced design. Plaintiff is already producing documents that contributed to the creation of the referenced design. The attenuated relevance of the identities of all of plaintiff's vendors for the past seven years does not justify the request. Plaintiff is ordered to produce documents sufficient to identify the vendors of the fabric bearing the referenced design.

/ / /

/ / /

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-8358 TJH (FFMx) | Date | November 7, 2017 |
|---|---|---|---|
| Title | *Fabric Selection, Inc. v. Just One, LLC* | | |

### REQUEST FOR PRODUCTION NO. 18:

This request seeks all documents submitted to and/or received from the U.S. Copyright Office in relation to the alleged copyright registration for the work. Responsive documents are subsumed within those required to be produced pursuant to the order on request no. 7. Therefore, the motion is DENIED as to this request.

### REQUEST FOR PRODUCTION NO. 20:

This request seeks all documents related to plaintiff's costs. In its response plaintiff agrees to produce all documents upon which it will rely to support its costs claims. Defendant contends that the response is insufficient. However, plaintiff fails to produce responsive documents at its own risk. Ordinarily anything not produced now will not be able to be used by plaintiff later. Given that the request only seeks documents that support plaintiff's claims for costs, the response is sufficient. The motion is DENIED with respect to this request.

### REQUEST FOR PRODUCTION NO. 21:

This request seeks all documents setting forth any/all of plaintiff's document retention policies. Plaintiff agrees to produce all documents "that it understands are responsive to this request." As the Court explained above, plaintiff's subjective understanding is irrelevant. Plaintiff is ordered to produce all non-privileged documents that are responsive to this request.

### REQUEST FOR PRODUCTION NO. 26:

This request seeks all documents comprising any design(s) having any similarity to the referenced work. Plaintiff agrees to produce all documents "that it understands are responsive to this request." However, this request is so overly broad with respect to the use of the phrase "any similarity," that it defies an objective interpretation of the request. Therefore, the motion is DENIED as to this request.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-8358 TJH (FFMx) | Date | November 7, 2017 |
|---|---|---|---|
| Title | *Fabric Selection, Inc. v. Just One, LLC* | | |

### REQUEST FOR PRODUCTION NO. 29:

This request seeks all documents relating to lawsuits brought against plaintiff concerning allegations of copyright infringement. Defendant fails to show how documents responsive to this request would be relevant to a claim or defense in this action. Therefore the motion is DENIED with respect to this request.

### REQUEST FOR PRODUCTION NO. 30:

This request seeks all documents produced by former co-defendant Just One, LLC in this Action. Plaintiff states that it will produce all documents "that it understands are responsive to this request." Here an objective understanding of the request is clear, if erstwhile defendant Just One, LLC produced a document in this action, it is requested. The motion is GRANTED as to this request.

### REQUEST FOR PRODUCTION NO. 31:

This request seeks documents "sufficient to identify the person(s) responsible for purchasing the accused Streetwear Society garment pictured in Exhibit 3 of Plaintiff's Complaint in this Action." Plaintiff is ordered to produce documents sufficient to identify such person.

### CONCLUSION

Plaintiff is ordered to produce, within 15 days of the date of this order, all documents and verified statements required by the foregoing order.

|  | : |  |
|---|---|---|
| Initials of Preparer | | JM |